UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KILLER JOE NEVADA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:13-CV-222-TAV-HBG |
| | ) |
| DOES 1-57, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On November 5, 2013, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation (R&R) [Doc. 24] in which he recommended that Plaintiff's claims against Doe Defendants 2-57 be dismissed, without prejudice, for improper joinder; that the pending motions to quash and/or for protective order be granted; and that Plaintiff be given thirty days to serve Doe 1.

There being no timely objections by Plaintiff, see 28 U.S.C. § 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the R&R is hereby **ACCEPTED IN WHOLE.** Accordingly, I**T IS HEREBY ORDERED** that Defendant's motions to dismiss/motions to sever [Docs. 11, 12] are **GRANTED in part and DENIED in part:**

**1.** The motion to sever all Defendants is **GRANTED.**

2. All claims, other than the claim of Plaintiff against Doe Defendant 1 are **DISMISSED, without prejudice,** to allow refilling of claims against Doe Defendants 2-57 in individual cases.

3. Any refiled cases against Doe Defendants 2-57 shall be filed in the appropriate division of the Eastern District of Tennessee.

4. The motions to quash/motions for protective order [Docs. 6, 7, 8, 9, 10] are **GRANTED.**

5. Plaintiff shall serve Doe Defendant 1 within **thirty (30) days** of entry of this Memorandum and Order.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan<br>
CHIEF UNITED STATES DISTRICT JUDGE